1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    ALEXANDER ANTHONY ARISPE,                Case No. C13-5425-JCC-JPD

10              Plaintiff,                     REPORT AND RECOMMENDATION

11         v.

12   CAROLYN W. COLVIN, Acting
     Commissioner of Social Security,

13              Defendant.

14

15         This matter comes before the Court upon plaintiff's application to proceed *in forma*

16   *pauperis* ("IFP") in the above-entitled action.  Dkt. 2.  Specifically, plaintiff's IFP application

17   indicates that his spouse's annual gross income is $25,260, and that he has received an

18   additional $24,393.18 in "disability, unemployment, workers compensation or public

19   assistance" payments in the last year, although these payments stopped in April 2013.  *Id*. at 1-

20   2.  Plaintiff and his spouse also own a home, although they did not disclose its value.  *Id.* at 2.

21         After careful consideration of plaintiff's IFP application, the governing law, and the

22   balance of the record, the Court recommends DENYING plaintiff's application to proceed IFP

23   (Dkt. 2) and directing him to pay the $400 filing fee within thirty (30) days of the date of the

24

REPORT AND RECOMMENDATION
PAGE - 1

1   Order adopting this Report and Recommendation.  Plaintiff is advised that failure to pay this

2   filing fee will result in dismissal of this action.

3          The Clerk of the Court is directed to send copies of this Report and Recommendation to

4   the plaintiff and to the Honorable John C. Coughenour.

5          DATED this 19th day of June, 2013.

6

7          _____
           JAMES P. DONOHUE

8          United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION
PAGE - 2