THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALEXANDER ANTHONY ARISPE,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, *Acting Social Security Commissioner*,<br><br>Defendant. | CASE NO. C13-5425-JCC<br><br>ORDER |

The Court, having reviewed Plaintiff's application to proceed *in forma pauperis* ("IFP"), the Report and Recommendation of the Honorable James. P. Donohue, United States Magistrate Judge, and the balance of the record, hereby finds and ORDERS:

1) The Court ADOPTS the Report and Recommendation (Dkt. No. 4);

2) Plaintiff's IFP application (Dkt. No. 2) is DENIED.

3) Plaintiff is directed to pay the applicable filing fee within thirty (30) days of the date of this Order. A failure to do so will result in the dismissal of Plaintiff's case.

4) The Clerk is respectfully directed to send copies of this Order to the parties and to the Honorable James. P. Donohue.

//
//
//

ORDER
PAGE - 1

DATED this 10th day of July 2013.

John C. Coughenour
UNITED STATES DISTRICT JUDGE