THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER ANTHONY ARISPE,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN, *Acting Commissioner of Social Security*,<br><br>Defendant. | CASE NO. C13-5425-JCC<br><br>ORDER |

The Court, upon consideration of Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

1) The Court ADOPTS the Report and Recommendation (Dkt. No. 20);

2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

3) The Clerk is respectfully directed to send copies of this Order to the parties and to Judge Donohue.

//

//

1     DATED this 18th day of February 2014.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2